**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
**Jon M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone: (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NANCY ALLISON** and **HOLLY BURNEY**, both in their individual capacities and, in addition, as a collective action on behalf of others similarly situated, | Case No. 3:14-cv-01005-AC |
| Plaintiffs, | |
| vs. | PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT TO ADD DEFENDANT ANNA JOSEPHSON |
| **SCOTT DOLICH** and **PARK KITCHEN LLC**, an Oregon limited liability company | |
| Defendants. | |

**Motion**

Plaintiffs' counsel certifies that he conferred in good faith with defense counsel via telephone, and that this motion is unopposed.

Plaintiffs hereby move to amend their Complaint to add General Manager Anna Josephson as a defendant. A copy of the proposed First Amended Complaint is attached hereto.

**Unopposed Motion to Amend Complaint to Add Defendant Josephson** Page 1

**Memorandum**

Fed.R.Civ.P. 15 allows a party to amend its Complaint with leave of Court or consent of the opposing party. Defendants do not oppose the addition of Anna Josephson as a Defendant. Plaintiffs therefore move the Court for leave to file the attached proposed First Amended Complaint.

Respectfully submitted this 22nd day of September, 2014

JON M. EGAN, P.C.

*/s/ Jon M. Egan*

JON M. EGAN, OSB # 002467
(503) 697-3427
Attorney for Plaintiffs

**Unopposed Motion to Amend Complaint to Add Defendant Josephson** Page 2