Karen L. O'Connor, OSB No. 953710
kloconnor@stoel.com
John B. Dudrey, OSB No. 083085
jbdudrey@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NANCY ALLISON and HOLLY BURNEY, in their individual capacities and as a collective action on behalf of others,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT DOLICH and ANNA JOSEPHSON, individuals; and PARK KITCHEN, LLC, an Oregon limited liability company,<br><br>Defendants. | Case No.:  3:14-cv-01005-AC<br><br>**DECLARATION OF ANNA JOSEPHSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' (1) MOTION TO AMEND TO ADD THE BENT BRICK, LLC AS A DEFENDANT, (2) MOTION FOR TOLLING AND CORRECTIVE NOTICE, AND (3) ARGUMENTS SUPPORTING SUBPOENAS ISSUED TO PAYCHEX AND BENEFITMALL FOR PAYROLL RECORDS OF THE BENT BRICK** |

I, Anna Josephson, do hereby state and declare as follows:

1.      I am the General Manager of Park Kitchen, and I also serve as the General

Manager of The Bent Brick.   I make this declaration based on my personal knowledge.

Page 1   -   DECLARATION OF ANNA JOSEPHSON IN SUPPORT OF DEFENDANTS'
              RESPONSE TO PLAINTIFFS' MOTIONS TO AMEND AND FOR TOLLING
              AND CORRECTIVE NOTICE, ET AL.

2.      Park Kitchen LLC is a separate and distinct company from The Bent Brick LLC.

3.      Park Kitchen LLC has its own Employer Identification Number and files its own tax return.

4.      The Bent Brick has its own separate Employer Identification Number and files its own tax return.

5.      Park Kitchen and The Bent Brick each operate from their own separate and distinct locations and facilities, Park Kitchen at 422 NW 8th Avenue, in Portland, and The Bent Brick at 1639 NW Marshall in Portland.

6.      Park Kitchen and The Bent Brick each have their own separate bank accounts. Funds from one restaurant are deposited into that restaurant's account. Funds from Park Kitchen and The Bent Brick are not commingled.

7.      Each restaurant contracts separately with its own suppliers and vendors, and supplies and products for each restaurant are paid for out of that particular restaurant's bank account.

8.      Each restaurant has its own profits and losses, and the profits and losses from one restaurant are not commingled with those of the other.

9.      Each restaurant has its own unique menu, its own chef, and its own staff.

10.     Employees apply to one restaurant or the other, and they are considered for employment by the restaurant to which they submit their application materials.

11.     Currently, the employees at each restaurant are scheduled for work by the manager at each restaurant. Previously, I did the staff scheduling for each restaurant, scheduling

Page 2   -   DECLARATION OF ANNA JOSEPHSON IN SUPPORT OF DEFENDANTS'
               RESPONSE TO PLAINTIFFS' MOTIONS TO AMEND AND FOR TOLLING
               AND CORRECTIVE NOTICE, ET AL.

77479876.1 0052941-00001

12.     Park Kitchen employees at Park Kitchen, and The Bent Brick employees for The Bent Brick.  I did not schedule employees from one entity at the other entity, and most employees worked solely at one entity or the other.

13.     Occasionally, if an employee had requested or expressed an interest in additional hours and those hours were not available at the restaurant by which they were initially employed, we would offer that employee the opportunity to work a shift or shifts at the other restaurant. Park Kitchen employees were never required to work at The Bent Brick or vice versa.  If an employee did not want to work at the other restaurant, they were never required to do so, nor did they suffer consequences for not doing so.

14.     Beth Harding and Brandon Page are two such examples.  Both were hired by Park Kitchen but during slow periods at Park Kitchen they were offered the opportunity to - and did - work shifts at The Bent Brick.  Ms. Teal Garrels, as well, was interested in working at both restaurants and was allowed to do so.

15.     Employment decisions at one restaurant did not impact those at the other restaurant.  In other words, employees who had been fired from one restaurant remained eligible for employment at the other.

16.     Neither Jenny Cook nor Nicholas Peterson worked at The Bent Brick.  Both were Park Kitchen employees who worked exclusively at Park Kitchen.

17.     Joel Stocks, Kris Komori, Laura Dixon, Ryan Mead, and William Preisch were Park Kitchen employees who left their positions at Park Kitchen to work at The Bent Brick. They did not work for both restaurants at the same time, and once they started working at The Bent Brick, they no longer worked at Park Kitchen.

Page 3   -   DECLARATION OF ANNA JOSEPHSON IN SUPPORT OF DEFENDANTS'
              RESPONSE TO PLAINTIFFS' MOTIONS TO AMEND AND FOR TOLLING
              AND CORRECTIVE NOTICE, ET AL.

18.    Employees were paid by the restaurant for which they worked.  If an employee opted to work a shift at the other restaurant, s/he was paid by that restaurant for those hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October, 2014, at Portland, Oregon.


_s/ Anna Josephson_
Anna Josephson

Page 4    -    DECLARATION OF ANNA JOSEPHSON IN SUPPORT OF DEFENDANTS'
            RESPONSE TO PLAINTIFFS' MOTIONS TO AMEND AND FOR TOLLING
            AND CORRECTIVE NOTICE, ET AL.