Karen L. O'Connor, OSB No. 953710
karen.oconnor@stoel.com
John B. Dudrey, OSB No. 083085
john.dudrey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205-2584
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NANCY ALLISON and HOLLY BURNEY, both in their individual capacities and, in addition, as a collective action on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT DOLICH and ANNA JOSEPHSON, individuals, and PARK KITCHEN LLC and THE BENT BRICK, LLC, Oregon limited liability companies,<br><br>    Defendants. | Case No.: 3:14-cv-01005-AC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CLARIFY AND/OR RECONSIDER** |

    The Court should deny Plaintiffs' Motion To Clarify and/or Reconsider. The Court properly and fully addressed the arguments contained in Plaintiffs' Motion to Compel Documents and Deposition Testimony from Defendants and Subpoenaed Party Anthony

Page 1 - **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CLARIFY AND/OR RECONSIDER**

Motschenbacher [Dkt. No. 165] in its Opinion and Order entered on July 7, 2017. [Dkt. No. 207].

DATED: July 24, 2017.                STOEL RIVES LLP

*s/ John B. Dudrey*
Karen L. O'Connor, OSB No. 953710
John B. Dudrey, OSB No. 083085

Attorneys for Defendants

Page 2   -   **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CLARIFY AND/OR RECONSIDER**